**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAUL PATRICK JOLIVETTE, JR.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**ING BANK FSB,**<br><br>    Defendant. | Case No.: 14-MC-80136 YGR<br><br>**ORDER GRANTING MOTION TO VACATE AS UNOPPOSED** |

Now before the Court is Defendant Capital One, N.A., successor by merger to ING Bank FSB's Motion to Vacate Registration of Sister State Judgment. Upon consideration of the arguments presented therein and in light of the fact that Plaintiff Jolivette has failed to oppose the instant motion, the Court hereby **GRANTS** Defendant's Motion to Vacate. Plaintiff's registration is void, and the Clerk is directed to stamp each page of Docket Number 1 "VOID BY COURT ORDER" and also directed to remove any listing of Plaintiff's judgment from the Court's index of registered judgments.

This terminates Docket No. 2. The Clerk is directed to terminate this case and close the file.

**IT IS SO ORDERED**.

Date: **July 29, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**